Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____Illinois_____

In re __Jennifer Gross,__                          Case No. _7-71640_
                     Debtor

                                                   Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _75.00_ _ Check one ☐ With the filing of the petition or __20 of each month__ → _8/20/2007_
                          ☑ On or before
   $ _75.00_ _ on or before _9/20/2007_ __until paid.__
   $ _75.00_ _ on or before _10/20/2007_ ____
   $ _74.00_ _ on or before _11/20/2007_ ____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____      _____        _J. Gross_            _7/13/07_
Signature of Attorney           Date          Signature of Debtor        Date
                                              (In a joint case, both spouses must sign.)

_____      _____        _____    _____
Name of Attorney                              Signature of Joint Debtor (if any)   Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 23 2007
KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois____

In re _Jennifer Gross_,
                    Debtor

Case No. 07-71640

Chapter ___7___

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$_____   Check one  ☐   With the filing of the petition, or
                           ☐   On or before _____

$_____   on or before _____

$_____   on or before _____

$_____   on or before _____

☑   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE KENNETH S. GARDNE,
Clerk of the U.S. Bankruptcy Court

Date: 7.23.07

_____
United States Bankruptcy Judge